———o———

STATE OF MISSOURI, TO USE OF JOSIAH CROM, Plaintiff in Error, vs. C. C. SMITH, JOHN CLARK, et al., Defendants in Error.

1. *Practice, Supreme Court—Filing of brief, etc.*—Where plaintiff in error fails to file statement and brief, as required by statute, the writ will be dismissed.

*Error to Holt Circuit Court.*

*T. H. Parrish*, for Plaintiff in Error (Att'y of record).

*Dungan, Zook & Van Buskirk*, for Defendants in Error.

HOUGH, Judge, delivered the opinion of the court.

The plaintiff in error having failed to file a statement and brief, as required by the statute, the writ of error in this case is dismissed; the other judges concur.